IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>ALEX GARCIA<br><br>                Defendant. | CR NO:   1:22-CR-00062 JLT SKO |

*FILED AUG 10 2022 CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK*

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee: Alex Garcia
Detained at: Fresno County Jail

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: 21 U.S.C. § 841(a)(1)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on August 11, 2022 at 2:00 p.m. in the Eastern District of California.*

Signature: /s/ Justin J. Gilio
Printed Name & Phone No: Justin J. Gilio (559/497-4000)
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on August 11, 2021 at 2:00 p.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 8/10/22

                         Honorable Erica P. Grosjean
                         U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s): | "Chango" | ☒ Male ☐ Female | |
| Booking or CDC #: | FCJ Booking No. 2223822 | DOB: | 09 JUN 1998 |
| Facility Address: | 1225 M Street, Fresno, CA | Race: | W |
| Facility Phone: | 559/600-8600 | FBI#: | N/A |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____   _____
                                                               (signature)