IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>ALEX MITCHELL GARCIA<br><br>                    Defendant. | CR NO: 1:22-CR-00062-JLT-SKO |

**FILED**
Sep 28, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: ALEX MITCHELL GARCIA
Detained at: Fresno County Jail
Detainee is:
    a.) ☒ charged in this district by: ☐ Indictment ☒ Information ☐ Complaint
            charging detainee with: 21 USC 841(a) – drug trafficking
  or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.) ☒ return to the custody of detaining facility upon termination of proceedings
  or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary September 29, 2022 at 2:00 PM before the duty magistrate in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Laurel J. Montoya |
| Printed Name & Phone No: | Laurel J. Montoya 559-286-5823 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee on September 29, 2022 at 2:00 PM before the duty magistrate, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Sep 28, 2022**

                                                                         Honorable Erica P. Grosjean
                                                                         U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 2223822 | DOB: | |
| Facility Address: | 1225 M Street, Fresno, CA | Race: | |
| Facility Phone: | 559/600-8600 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____         _____
                                                                         (signature)